*see a/t*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,  :
    Petitioner  :
                       : CIVIL NO. 1:CV-01-1264
vs.  :
                       : (Judge Caldwell)
DONALD ROMINE, Warden  :
    Respondent  :

O R D E R

AND NOW, this 16th day of July, 2001, it is ordered that:

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus (doc. 1) and appendix Volumes 1 and 2 (docs. 2 and 3) on Respondent and the United States Attorney.

2. Within twenty (20) days of the date of this order, Respondent shall respond to the allegations in the petition.

3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

4. Petitioner shall, if he so desires, file a reply to the response within fifteen (15) days of its filing.

WILLIAM W. CALDWELL
United States District Judge