**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Warden
Fed. Prison Camp
P.O. Box 200
Lewisburg, Pa. 17837-2000

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): GAMLear SR    B. Date of Delivery: 7-18-01

C. Signature: X _[signature]_ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

John Ashcroft, Attorney General
U. S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington D. C. 20044

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Paul B Welch    B. Date of Delivery: 7/9/0

C. Signature: X _[signature]_ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 0166 3012    1-1-CV-1264    S.C. Order 7-16-01

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Martin Carlson, Acting U.S. Attorney
P.O. Box 11754
Harrisburg, Pa. 17108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): _[illegible]_   B. Date of Delivery: JUL 1 8 2001

C. Signature: X _[signature]_ ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number (Copy from service label): 7000 0520 0023 0166 3005    1-1-CV-1264    S.C. Order 7/6/01   1 of 3 Card

Form 3811, July 1999   Domestic Return Receipt   102595-00-M-0952

---

Handwritten notes (right margin):

1:CV-01-1264
7/16/01
Show Cause
Order

Caldwell

PRSLC

Taggart

---

**FILED**
HARRISBURG, PA
AUG  1 2001
MARY E. D'ANDREA, CLERK
Per _[signature]_
Deputy Clerk