*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEON BUCKNER,
    Petitioner

vs.      CIVIL ACTION NO. 1:CV-01-1264

DONALD ROMINE, Warden,
    Respondent

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The Petitioner filed this pro se petition for a writ of habeas corpus seeking credit on his federal sentence for time served on a state sentence. By memorandum and order, dated September 7, 2001, we required the Bureau of Prisons to exercise its discretion to decide whether the Petitioner was entitled to a nunc pro tunc designation of the state prison as the place of confinement of his federal sentence in accord with the factors mentioned in Barden v. Keohane, 921 F.2d 476 (3d Cir. 1991).

    By a "notice to the court" filed on September 27, 2001, the Respondent has submitted the agency's response to our order. After examination of the agency's action we conclude that it complies with Barden and that the petition should thus be denied.

    Accordingly, this 9th day of October, 2001, it is ordered that:

Certified from the record
Date 10/19/01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

AO 72A
(Rev.8/82)

1. The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied.

2. The Clerk of Court shall close this file.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

October 9, 2001

Re:   1:01-cv-01264   Buckner v. Romine

True and correct copies of the attached were mailed by the clerk to the following:

```
Robert Leon Buckner
USP-LEW2
Federal Prison Camp
33001-037
P.O. Box 2000, Unit 1
Lewisburg, PA  17837-2000

Matthew E. Haggerty, Esq.
Assistant U. S. Attorney
316 Federal Building
240 West Third Street
Williamsport, PA
```

```
cc:
Judge                         (✓)        (✓) Pro Se Law Clerk
Magistrate Judge              ( )        ( ) INS
U.S. Marshal                  ( )        ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 (✓)
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )   PA Atty Gen ( )
                                         DA of County  ( )   Respondents ( )

Bankruptcy Court              ( )
Other_____        ( )
```

MARY E. D'ANDREA, Clerk

DATE: __10/9/01__　　　　　　　　　　BY: __[signature]__
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk